THE STATE OF OHIO, APPELLANT, *v.* JOHNSON, APPELLEE.

**[Cite as *State v. Johnson*, 126 Ohio St.3d 1211, 2010-Ohio-3214.]**

*Appeal dismissed as improvidently accepted.*

(No. 2009-1552 — Submitted June 8, 2010 — Decided July 13, 2010.)

APPEAL from the Court of Appeals for Franklin County, No. 08AP-990,

2009-Ohio-3436.

_____

**{¶ 1}** The cause is dismissed, sua sponte, as having been improvidently accepted.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Ron O'Brien, Franklin County Prosecuting Attorney, Steven L. Taylor, Chief Counsel, Appellate Division, and Sheryl L. Prichard, Assistant Prosecuting Attorney, for appellant.

Yeura R. Venters, Franklin County Public Defender, and Allen V. Adair and Timothy E. Pierce, Assistant Public Defenders, for appellee.

_____